# Court of Appeals
## Tenth Appellate District of Texas

10-25-00056-CV

Sarita Vaughan,
Appellant

v.

Amanda Vergara,
Appellee

On appeal from the
18th District Court of Johnson County, Texas
Judge Sydney B. Hewlett, presiding
Trial Court Cause No. DC-C202300597

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant filed an appeal of an order granting a motion for summary judgment. By letter dated February 25, 2025, the Clerk of this Court notified Appellant that the appeal is subject to dismissal because there is no final appealable order and that the appeal would be dismissed unless, within 14 days, a response was filed showing grounds for continuing the appeal. No response was filed. The order Appellant is appealing does not include any

indicia of finality but contains a setting for the trial court to determine damages.

Accordingly, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  March 20, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
CV06

